UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-05-0212-2 |
| | § | |
| **Ronald Thibodeaux** | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's motion for removal of counsel of record and appointment of new counsel. The motion fails to comply with Local Criminal Rule 12.2, which requires that each motion be accompanied by a certificate of conference stating whether or not the motion is opposed. The motion, Docket No. 82, is therefore **DENIED WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of December, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**